# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**GRSG HOLDINGS, LLC** d/b/a **GET READY, SET, GROW ACADEMY,**
Appellant,

v.

**JEANINE PALINA ZIMMERMAN** and **ROBERT ZIMMERMAN,**
Appellees.

No. 4D21-115

[June 24, 2021]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Reginald R. Corlew, Judge; L.T. Case No. 502019CC012061.

Wayne Kaplan of Wayne Kaplan, P.A., Boca Raton, for appellant.

Michael L. Schwebel of Zimmerman & Frachtman, P.A., Parkland, for appellees.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and CONNER, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***